# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle Flood,<br><br>    Plaintiff,<br><br>v.<br><br>US Collections West Incorporated,<br><br>    Defendant. | No. CV-15-02641-PHX-DJH<br><br>**ORDER** |

   The Court having received the parties' Stipulation to Dismiss (Doc. 18),

   **IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, and without costs to any party, all costs having been paid.

   **IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

   Dated this 19th day of May, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge